# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

STARLENE ZIKA,                                    Civil No. 10-0547 (JRT/AJB)

          Plaintiff,

v.                                                **ORDER**

MICHAEL J. ASTRUE,

          Defendant.

_____

The above-entitled case comes before the Court upon the plaintiff's request to dismiss her claims filed on March 15, 2010 [Docket No. 8].

Based upon all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that plaintiff's claims in this action are **DISMISSED WITHOUT PREJUDICE**.

DATED: March 17, 2010
at Minneapolis, Minnesota.

                                               s/ John R. Tunheim
                                                JOHN R. TUNHEIM
                                             United States District Judge